United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **A.D.L.R.H.,** | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00557 |
| | § | |
| **WARDEN, RIO GRANDE** | § | |
| **PROCESSIGN CENTER,** *et al.*, | § | |
| Respondents. | | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Petitioner's Ex Parte Motion to Proceed Using Initialed Pseudonym, (Dkt. No. 3). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Pamela Bondi, Attorney General of the United States; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of ICE; Juan Agudelo, Field Office Director of the Harlingen ICE Field Office; and David Cole, Warden of the Rio Grande Processing Center, as Respondents.

First, the Court **GRANTS** Petitioner's motion to proceed under pseudonym. Courts in the Fifth Circuit have granted similar motions, and in some cases, apply initialed pseudonyms to cases of this nature as a matter of course. *See, e.g.*, *M.A.P.S v. Garite*, No. 3:25-CV-171, slip op. (W.D. Tex. May 13, 2025) (granting Petitioner-Plaintiff leave to proceed under pseudonym); *see also Aliosky O.T.P. v. Warden*, No. 1:26-CV-147, slip op. at 1 n.1 (S.D. Tex. Feb. 27, 2026) ("Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial."). As such, Petitioner may proceed under the pseudonym "A.D.L.R.H." and the Clerk of Court is **DIRECTED** to file under seal any documents disclosing Petitioner's full name.

Second, based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than April**

**14, 2026**. 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than April 21, 2026.**[1]

**Petitioner is DIRECTED to serve the petition, (Dkt. No. 1), and its attachments on Respondents via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service. Petitioner is **ORDERED** to file proof that service was sent via certified mail to Respondents **by April 10, 2026**.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on April 7, 2026.

John A. Kazen
United States District Judge

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.